IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA

FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

D.W., FATHER OF G.B., A.W.
AND D.W., CHILDREN,

     Appellant,

 v.

Case No. 5D22-1100
LT CASE NO. 2019-DP-000458-O

DEPARTMENT OF CHILDREN
AND FAMILIES,

     Appellee.

_____/

Decision filed August 16, 2022

Appeal from the Circuit Court
for Orange County,
Greg A. Tynan, Judge.

Keith Peterson, of the Law
Offices of Peterson, P.A.,
Mulberry, for Appellant.

Kelley Schaeffer, of Children's
Legal Services, Bradenton, for
Appellee, Department of Children
and Families.

Lynn James Hinson, Orlando,
Guardian ad Litem for G.B.,
A.W. and D.W., Children.


PER CURIAM.

    AFFIRMED.

SASSO, NARDELLA and WOZNIAK, JJ., concur.